In the Matter of the Construction of the Will of ELIZA M. JENKINS, Deceased. KATHARINE K. JENKINS et al., Appellants; ERNEST F. JENKINS et al., Respondents.

Argued February 23, 1954; decided April 8, 1954.

*Donald H. Jaffey,* special guardian for Frank T. Cox, III, and others, infants, appellants.

*Francis C. Wickes* for Katharine K. Jenkins and others, appellants.

*James G. Dale* for Ernest F. Jenkins and another, respondents.

*Byron A. Johnson, Jr.,* for Lincoln Rochester Trust Company, respondent.

Order affirmed, with costs to respondents Ernest F. Jenkins and Edna Peck Jenkins, payable in equal portions from the principal of both trust funds; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.